# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146206

IF PROPERTIES, L.L.C., IMPRESS
PACKAGING, INC., and ROBERT W.
JOHNSON,
          Plaintiffs-Appellants,

v

          SC: 146206
          COA: 307554
          Muskegon CC: 11-048004-CK

MACATAWA BANK CORPORATION and
MACATAWA BANK,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the October 9, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014

s0224

                  Clerk